UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>    Defendants. | Case No.  1:15-cv-01903-MJS (PC)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTIONS FOR LEAVE TO AMEND (ECF Nos. 6 and 9); AND**<br><br>**(2) GRANTING MOTIONS FOR CLARIFICATION (ECF Nos. 10 and 12)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. He initiated this action on December 21, 2015 with the filing of his complaint. (ECF No. 1.) He then filed two motions for leave to amend (ECF Nos. 6 and 9), and two motions for clarification (ECF Nos. 10 and 12) asking for a determination on his motions to amend.

Plaintiff may amend his pleading once as a matter of course prior to service. Fed. R. Civ. P. 15(a)(1). Accordingly, Plaintiff's motions to amend (ECF Nos. 6 and 9) and motions for clarification (ECF Nos. 10 and 12) are HEREBY GRANTED.

The Court will refrain from screening Plaintiff's complaint in anticipation of his amended complaint. Plaintiff shall file his amended complaint within thirty (30) days of the date of this order. If Plaintiff fails to do so, the Court will dismiss this action, with prejudice, for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   February 1, 2016             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

2