UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>    Defendants. | Case No.  1:15-cv-01903-MJS (PC)<br><br>**ORDER DENYING MOTION TO DELAY CONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(ECF No. 18)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. On February 3, 2016, Plaintiff filed a motion for appointment of counsel. (ECF No. 14.) His motion was denied without prejudice on February 12, 2016. (ECF No. 17.)

Almost simultaneously with the denial of his motion, Plaintiff filed a motion requesting that the Court delay consideration of his motion for appointment of counsel until after his amended complaint is filed. (ECF No. 18.)

Because Plaintiff's motion for appointment of counsel already has been denied, the request to delay consideration of that motion is moot. Accordingly, Plaintiff's motion

to delay consideration of his motion for appointment of counsel is HEREBY DENIED.

IT IS SO ORDERED.

Dated:     February 16, 2016              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

2