| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN AKANNO and<br>JENNIFER PALOMINO,<br><br>Defendants. | Case No. 1:15-cv-01903-DAD-JDP (PC)<br><br>ORDER GRANTING IN PART<br>PLAINTIFF'S MOTION FOR COUNSEL<br><br>ECF No. 79 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Roderick William Lear, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff filed a motion to appoint counsel on October 19, 2018. ECF No. 79. The court finds that the recruitment of counsel for plaintiff is appropriate for the limited purpose of assisting plaintiff prepare for and participate in a settlement conference and will partially grant plaintiff's motion. Attorney Jack Duran, Jr. has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to represent plaintiff. Court staff will schedule a settlement conference in consultation with the parties.

**Order**

1. Plaintiff's motion for counsel, ECF No. 79, is granted in part.
2. Attorney Jack Duran, Jr. will represent plaintiff for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

1

3. Attorney Jack Duran, Jr.'s representation will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.
4. Attorney Jack Duran, Jr. may move to withdraw representation upon showing of good cause.
5. Recruited counsel must notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to this limited purpose recruitment.
6. The Clerk of the Court is directed to serve a copy of this order upon Jack Duran, Jr., Duran Law Office, 4010 Foothills Blvd., Suite 103, Roseville, CA 95747.

IT IS SO ORDERED.

Dated: March 14, 2019

UNITED STATES MAGISTRATE JUDGE