# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNATHAN AKANNO and<br>JENNIFER PALOMINO,<br><br>    Defendants. | Case No. 1:15-cv-01903-DAD-JDP (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>ECF No. 91 |

Plaintiff Roderick William Lear, a state prisoner represented by counsel appointed for the limited purpose of settlement, proceeds in this civil rights action brought under 42 U.S.C. § 1983. On April 30, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum, directing plaintiff's institution of confinement to make plaintiff available to participate in a settlement conference. ECF No. 91. On July 3, 2019, the court vacated the settlement conference. ECF No. 93. Because the settlement conference has been vacated, the court will also vacate the Order & Writ of Habeas Corpus Ad Testificandum issued on June 14, 2019.

**Order**

IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum on June 14, 2019, as to Roderick William Lear, CDCR # H-28226, ECF No. 91, is VACATED.

1

IT IS SO ORDERED.

Dated: July 3, 2019

_____
UNITED STATES MAGISTRATE JUDGE