1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RODERICK WILLIAM LEAR,                    Case No. 1:15-cv-01903-DAD-JDP

12                                Plaintiff,   ORDER TO MODIFY THE SCHEDULING
                                              ORDER
13              v.

14

15  JOHNATHAN AKANNO, *et al.*,

16                              Defendants.

17

18          On August 2, 2019, the court ordered the parties to submit proposed scheduling orders.

19  Defendants complied, ECF No. 97, and plaintiff did not submit a proposal. The schedule for this

20  case is modified as follows, with all other deadlines remaining the same:

21      • Fact Discovery Cut-off: 11/29/2019

22      • Initial Expert Disclosures: 12/31/2019

23      • Rebuttal Expert Disclosures: 1/15/2020

24      • Expert Discovery Cut-off: 2/14/2020

25      • Dispositive Motion Deadline: 3/30/2020

26

27

28

IT IS SO ORDERED.

Dated:   February 26, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.