IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | Case No. 1:15-cv-01903-DAD-JDP |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS FOR MISCELLANEOUS RELIEF |
| v. | |
| JOHNATHAN AKANNO, *et al.*, | ECF Nos. 100, 101 |
| Defendants. | |

On March 11, 2020, plaintiff filed two motions to terminate his counsel. ECF Nos. 100, 101. Plaintiff's counsel was terminated on August 2, 2019, as counsel had been appointed solely for the purposes of settlement. Plaintiff further requests that the dispositive motions deadline be vacated because he does not wish to file any motion, go to trial, or participate in discovery and would like the case to go to settlement. ECF No. 101. Formal settlement has been attempted without success. ECF No. 93. Plaintiff—the party who filed this action—cannot litigate without complying with certain requirements. Thus, plaintiff's motions are denied as moot and for failure to provide good cause. ECF Nos. 100, 101.

IT IS SO ORDERED.

Dated:     March 13, 2020                          _____
                                                   UNITED STATES MAGISTRATE JUDGE

No. 204.