UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN AKANNO, *et al.*,<br><br>Defendants. | Case No.  1:15-cv-01903-DAD-JDP<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION<br><br>ECF No. 103<br><br>RESPONSE DUE IN 21 DAYS |

On April 10, 2020, plaintiff filed a motion for clarification, indicating that defendants' new counsel have not identified themselves and were not responding to discovery requests or serving him with documents.  Defendants are ordered to respond within 21 days.

IT IS SO ORDERED.

Dated:   May 29, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.