UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNATHAN AKANNO, ET AL.,<br><br>    Defendants. | Case No. 1:15-CV-01903-DAD-JDP<br><br>ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO MODIFY DISCOVERY AND DISPOSITIVE MOTION DEADLINES IN SCHEDULING ORDER<br><br>ECF No. 108<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION<br><br>ECF No. 103 |

On April 10, 2020, plaintiff filed a motion seeking clarification, to strike discovery, and a pre-trial conference. ECF No. 103. Because plaintiff represented in his motion that defendants had not responded to discovery requests or otherwise conducted discovery, the court ordered a response. ECF No. 105. In response, defendants acknowledge that discovery has not been completed in this case, ECF No. 107, and seek to reopen discovery according to proposed new deadlines in an ex parte application, ECF No. 108. As it appears that both parties seek discovery, and for good cause shown, defendants' ex parte application is granted.

1

Plaintiff's motion, ECF No. 103, is granted in part. Plaintiff will have the benefit of a new discovery deadline and the court will clarify where plaintiff should send his discovery requests. However, a pre-trial conference would be premature at this time, and thus the court declines to set one at this juncture. Plaintiff's discovery requests of defendants Akanno and Palomino may be sent to their attorneys at the following address:

> Susan Coleman
> Martin Kosla
> Burke, Williams & Sorensen, LLP
> 444 South Flower Street, Suite 2400
> Los Angeles, California 90071-2953

Should the parties have any discovery-related disputes, they must attempt to resolve those disputes among themselves before filing a motion with the court. *See* Fed. R. Civ. P. 37(a)(1) (requiring the parties to meet and confer regarding discovery disputes before bringing them to the court). Failure to do so will result in denial of any discovery-related motion.

Accordingly,

1. Plaintiff's motion, ECF No. 103, is granted in part and denied in part, as stated herein.
2. Defendants' ex parte application, ECF No. 108, is granted.
3. The discovery and scheduling order, ECF No. 99, is further modified as follows:
    a. Fact Discovery Cut-off: 9/15/20
    b. Initial Expert Disclosures: 9/30/20
    c. Rebuttal Expert Disclosures: 10/30/20
    d. Expert Discovery Cut-off: 11/30/20
    e. Dispositive Motion Deadline: 12/31/20

IT IS SO ORDERED.

Dated:   June 24, 2020                                          /s/ Jeremy Peterson
                                                                        UNITED STATES MAGISTRATE JUDGE

No. 204.