IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHAN AKANNO, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:15-cv-01903-DAD-JDP<br><br>ORDER DENYING PLAINTIFF'S EX PARTE MOTION REGARDING DISCOVERY<br><br>ECF No. 111 |

　　　　Plaintiff seeks to avoid further discovery in this case and moves to vacate the court's most recent order modifying the discovery schedule. ECF No. 111. Plaintiff does not wish to conduct discovery. *See id.* While the court is sympathetic to the fact that this litigation has been ongoing for some time, the parties are being afforded the opportunity to conduct further discovery and file dispositive motions before this case goes to trial. Further, plaintiff—as the party who filed this action—cannot avoid the consequences of litigation. Thus, plaintiff's ex parte motion is denied for failure to provide good cause. ECF No. 111.

IT IS SO ORDERED.

Dated: ___July 14, 2020___          ___/s/ Jeremy Peterson___
                                     UNITED STATES MAGISTRATE JUDGE

No. 204.