UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN AKANNO, *Medical Doctor at Kern Valley State Prison*, and JENNIFER PALOMINO, *Registered Nurse at Kern Valley State Prison*,<br><br>Defendant. | Case No. 1:15-cv-01903-DAD-HBK<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**ORDER DIRECTING CLERK TO TERMINATE PENDING MOTIONS**<br><br>**(Docs Nos. 116, 118, 122)** |

On January 5, 2021, the parties held a settlement conference with Magistrate Judge Newman and reached a settlement. Doc. No. 123. Thereafter, the parties filed a Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a), noting the parties agree to a dismissal of this action with prejudice with each party to bear their own respective fees and costs except as set forth in the parties' settlement agreement and release. Doc. No. 124. As the parties have appeared and have motions for summary judgment pending, the court construes the Stipulation as filed under Fed. R. Civ. P. 41(a)(1)(A)(ii). On January 27, 2021, the parties appeared telephonically before Magistrate Judge Newman and confirmed the settlement. Doc. No. 126. Thus, as set forth in the parties' Stipulation, this case is dismissed with prejudice. *See Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

1

Accordingly:

1. This case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The Clerk of Court is directed to terminate all pending motions (Doc. Nos. 116, 118, 122) and deadlines, and respectfully close this case.

IT IS SO ORDERED.

Dated:   February 25, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE